# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| **In the matter of:** | | **Case No.** | 07-11757 (KCF) |
| SOLOMON DWEK, | **(Debtor)** | | |
| CHARLES A. STANZIALE, JR., as Chapter 11 Trustee of Solomon Dwek, et al., | **(Plaintiff)** | **Adversary No.** | |
| **v.** | | | |
| VICTOR TAWIL and HORIZON EXPORT, LLC, | **(Defendant)** | | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk | United States Bankruptcy Court<br>402 East State Street<br>Trenton, New Jersey 08608 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| Name and Address of Plaintiff's Attorney<br>Lois H. Goodman, Esq., McElroy, Deutsch, Mulvaney & Carpenter, LLP, Three Gateway Center, Newark, New Jersey 07102 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | | |
|---|---|---|
| Address | United States<br>Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608 | Room 2<br>Date and Time<br>April 21, 2008 at 2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

JAMES J. WALDRON
Clerk of the Bankruptcy Court

______________________ By: ______________________

Date Deputy Clerk

**MEDIATION OF ALL DISPUTES IS ENCOURAGED AND IS AVAILABLE PURSUANT TO D.N.J. LBR 9019-2. THE PRACTITIONER'S GUIDE TO THE MEDIATION PROCESS IS AVAILABLE IN THE BANKRUPTCY COURT CLERK'S OFFICE AND IN EACH COURTROOM. THE GUIDE CONTAINS AN OVERVIEW OF THE MEDIATION PROCESS, SAMPLE FORMS, THE REGISTER OF MEDIATORS AND APPLICABLE LOCAL RULES.**