**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
744 Broad Street - Suite 1200
Newark, New Jersey 07102
Tel.: (973) 424-2000
Fax.: (973) 424-2001
Counsel for the Official Unsecured Creditors' Committee
By: Walter J. Greenhalgh, Esq.
Sheila Raftery Wiggins, Esq.
Joseph H. Lemkin, Esq.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br><br>SOLOMON DWEK, ET AL.<br><br>Debtor. | Chapter 11<br><br>Case No.: 07-11757 |
| STANZIALE<br><br>Plaintiff<br><br>v.<br><br>TAWIL, ET AL.<br><br>Defendant | Adv. No. 08-01044-KCF |

**NOTICE OF APPEARANCE, DEMAND FOR**
**NOTICE AND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as Counsel for the Official Unsecured Creditors' Committee (hereinafter, the "Committee"), in the above referenced adversary proceeding, pursuant to Bankruptcy Rules 2002 and 9010(b), and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned attorney, or on its behalf, at the address set forth below:

**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
Walter J. Greenhalgh, Esq.
Sheila Raftery Wiggins, Esq.
Joseph H. Lemkin, Esq.
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Tel.: (973) 424-2000
Fax: (973) 424-2001
wjgreenhalgh@duanemorris.com
srwiggins@duanemorris.com
jhlemkin@duanemorris.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, discovery, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which relate to this adversary proceeding.

Dated: January 24, 2008

By: /s/ *Walter J. Greenhalgh*
Walter J. Greenhalgh, Esq.