TEICH GROH
691 State Highway 33
Trenton, NJ 08619
(609) 890-1500
Attorneys for Victor Tawil

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of<br><br>Solomon Dwek<br><br>Debtor | Chapter 11<br><br>Case No. 07-11757/KCF |
| Charles A. Stanziale, Jr., Chapter 11 Trustee<br><br>Plaintiff<br><br>vs.<br><br>Victor Tawil and Horizon Export LLC<br><br>Defendants | Adv. No. 08-1044<br><br>STIPULATION EXTENDING TIME TO ANSWER |

It is hereby stipulated and agreed by and between the parties that the time within which the said defendant(s) may serve and file a responsive pleading to the Complaint is hereby extended to and including March 28, 2008.

McElroy Deutsch Mulvaney & Carpenter

By *_____/s/ Lois H. Goodman*
Lois H. Goodman

Dated: