TEICH GROH
691 State Highway 33
Trenton, NJ 08619
(609) 890-1500
Attorneys for Victor Tawil

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In the Matter of

Solomon Dwek

Debtor

Chapter 11

Case No. 07-11757/KCF

Charles A. Stanziale, Jr., Chapter 11 Trustee

Plaintiff

Adv. No. 08-1044

vs.

Victor Tawil and Horizon Export LLC

Defendants

STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated and agreed by and between the parties that the time within which the said defendant(s) may serve and file a responsive pleading to the Complaint is hereby extended to and including March 28, 2008.

Teich Groh,
Attorney for Defendant

By______*/s/ Barry W. Frost*
Barry W. Frost

McElroy Deutsch Mulvaney & Carpenter
Attorney for Plaintiff

By_____*/s/ Lois H. Goodman*
Lois H. Goodman