# HORIZON EXPORT LLC.

57 West 38th Street, 7th Floor
New York, NY 10018
Tel : (212)-575-0045
Fax : (212) 575-0344 or 575-2856

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ
2008 MAR 28 AM 9:31
JAMES J. WALDRON
BY: [signature]
DEPUTY CLERK

US Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

Re: In Re:Solomon Dwek, Debtor

Charles A. Stanziale, Jr., as Chapter 11 Trustee of Solomon Dwek and SEM Realty Associates, LLC vs. Allen Franco and Shelly Franco
Lead Case: 07-11757(KCF) - Adv. Proc. No.: 08-1159
Chapter 11 - Judge Katherine C. Ferguson

Dear Sir/Madam:

"Defendants Victor Tawil and Horizon Export, LLC, by way of Answer against plaintiff Charles A. Stanziale, Jr., hereby allege:"

1. Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph #1 of the Complaint.

2. Defendants admit the allegations contained in paragraph #2 of the Complaint to the extent it alleges that Victor Tawil resides in Brooklyn, New York and that Horizon Export, LLC is a limited liability corporation located at 57 W. 38th Street, New York, NY 10018. Defendants deny the remaining allegations in paragraph #2 of the Complaint, specifically that they "obtained fictitious profits from SEM".

3. Defendants deny or deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs #3-99 of the Complaint.

4. Defendants assert all legitimate defenses to the Compaint that they have under the law.

WHEREFORE, based on the foregoing, defendants respectfully requests that plaintiff's complaint be dismissed in its entirety and that the Court award defendants costs, attorneys' fees and whatever further relief this court deems just and proper.

Dated: March 25, 2005

[signature]
HORIZON EXPORT LLC
Victor Tawil

Kindly file the original of record with the Court, returning a time stamped copy in the envelope attached for your convenience.